UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFRED JOHN WEBER, | CASE NO. C13-0414JLR |
| Plaintiff, | ORDER OF REMAND |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. # 19.) It is therefore ORDERED:

(1) The court adopts the Report and Recommendation (Dkt. # 20);

(2) The court REVERSES and REMANDS this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

//

//

//

ORDER- 1

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 8th day of August, 2013.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER- 2